UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY LOU COPPINGER, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>ALLSTATE INSURANCE COMPANY, <br><br>Defendant. | CASE NO. C17-1756-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the caption in this matter (Dkt. No. 28). The parties seek amendment to change the named Defendant to the party who issued the insurance policy at issue in this case. (*Id*. at 1.)

The motion (Dkt. No. 28) is GRANTED. The Clerk is DIRECTED to AMEND the caption to reflect Defendant as "Allstate Property and Casualty Insurance Company."

DATED this 21st day of June 2018.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk